# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

ELIZABETH K. CLARKE

    Plaintiff,

vs.                                    CASE NO.:

CIRCLE K STORES, INC.
FL FLORIDA INC., and
SHELL OIL COMPANY,

    Defendant.
_____/

## **DEFENDANTS' NOTICE OF REMOVAL OF ACTION**

Defendants, CIRCLE K STORES, INC. and SHELL OIL COMPANY, by and through the undersigned counsel, and pursuant to 28 U.S.C. §1446 and Local Rule 1.06, hereby serve their Notice of the Removal of the above-styled and numbered action from the Circuit Court of the Thirteenth Judicial Circuit of the State of Florida, in and for Hillsborough County, by stating as follows:

1.    Defendants give notice of the exercise of their rights under the provisions of 28 U.S.C. §1441(b) to remove this action from the Circuit Court of the Thirteenth Judicial Circuit of the State of Florida, in and for Hillsborough County, Florida.

2.    Defendants are not in default and this Notice of Removal has been filed within thirty (30) days of service of Plaintiff's Complaint which seeks damages following an accident in a store owned and operated by Circle K Stores, Inc.

3. The claim asserted by Plaintiff in the Complaint is one over which this Court has original jurisdiction under 28 U.S.C. §1332(a) and is one that may be removed to this Court by Defendants. See Plaintiff's Complaint which is attached and incorporated herein as Exhibit "A."

4. The claims are causes of action against Defendants which would be removable under the terms of 28 U.S.C. §1441(b) and this Court would have original jurisdiction of such claims or causes of action under 28 U.S.C. §1332(a).

5. Defendants assert that the amount in controversy exceeds $75,000.00, exclusive of interest and costs, as Plaintiff's Complaint alleges she suffered permanent bodily injuries, pain, physical handicap, and diminished working ability. See Exhibit A, Paragraph 16. Additionally, Plaintiff's claimed medical expenses exceed $168,000.00. See excerpts of Plaintiff's medical bills from her pre-suit demand attached hereto as Exhibit "B."

7. Defendants assert that there is complete diversity. In this regard, Plaintiff is a citizen of the State of Florida. See Exhibit A, Paragraph 2.

8. Defendant Circle K Stores Inc. is a Texas corporation with its principal place of business in Arizona. See the Affidavit of Al Smith of Circle K Stores, Inc. which is attached and incorporated as Exhibit C.

9. Defendant, Shell Oil Company, is a Delaware corporation with its principal place of business in Texas. See Division of Corporations Detail for Shell Oil Company attached hereto as Exhibit "D" (indicating its state of incorporation as Delaware, its principal address in Texas, and listing each of its officers and directors as located in Texas).

10. All Defendants have joined in this request for removal. On or about January 21, 2021, Plaintiff dropped Defendant, FL Florida, Inc., from the case. Thus, the only remaining

defendants are Circle K Stores, Inc. and Shell Oil Company. A true and accurate copy of the Notice of Dropping Party is attached hereto as Exhibit "E."

11. Copies of all process, pleadings and Orders served upon Defendants have been filed herein.

12. Copies of all materials on file from the State Court have been filed herein.

WHEREFORE, Defendants, CIRCLE K STORES INC. and SHELL OIL COMPANY, pray that this action be removed.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic mail to the following known counsel of record: Eric T. Taylor, Esquire, law@erictaylor.org, 203 North Armenia Avenue Suite 101, Tampa, Florida 33609 on the 10th day of February 2021.

/s Robert M. Stoler
Robert M. Stoler, Esquire
Florida Bar No.: 816256
Catherine M. Verona, Esquire
Florida Bar No.: 0506559
**STOLER RUSSELL KEENER VERONA**
201 N. Franklin Street, Suite 3100
Tampa, Florida 33601
TEL: (813) 609-3200
Attorney for Defendant
stolerservice@stolerrussell.com